# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD CHENAULT,<br>**Plaintiff,**<br><br>v.<br><br>**CREDIT CORP SOLUTIONS, INC.,**<br>**Defendant.** | CIVIL ACTION<br><br><br><br>NO. 16-5864 |

## O R D E R

**AND NOW**, this 1st day of December, 2017, upon consideration of Defendant Credit Corp Solutions, Inc.'s Amended Motion for Summary Judgment (Document No. 20, filed June 16, 2017), Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Document No. 22, filed June 30, 2017), and Defendant Credit Corp Solutions, Inc.'s Reply Brief in Support of Amended Motion for Summary Judgment (Document No. 25, filed July 7, 2017), for the reasons set forth in the Memorandum dated December 1, 2017, **IT IS ORDERED** that Defendant Credit Corp Solutions, Inc.'s Amended Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDER** that **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Credit Corp Solutions, Inc., and **AGAINST** plaintiff, Ronald Chenault.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.